# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 10, 2014

### NO. 03-13-00082-CV

**George Thurman Lauret, Appellant**

**v.**

**Meritage Homes of Texas, LLC d/b/a Monterey Homes, Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 30, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court to restore the parties as contemplated by section 17.50(b)(3) of the Business and Commerce Code, subject to appellee's right to plead and prove an offset. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.